|  |  |
|---|---|
|  | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| **ELEANOR SMITH,** | CASE NO.: |
|  | DIVISION: |
| **Plaintiff,** |  |
| vs. |  |
| **LOWE'S HOME CENTERS, LLC** a Foreign Limited Liability Company, |  |
| **Defendant.** |  |
| _____/ |  |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ELEANOR SMITH, sues Defendant, LOWE'S HOME CENTERS, LLC, and alleges:

## COMMON ALLEGATIONS

1. This is an action for damages in excess of $50,000.00, exclusive of costs.

2. At all times material hereto, Plaintiff, ELEANOR SMITH, was a resident of Duval County, Florida.

3. At all times material, Defendant, LOWE'S HOME CENTERS, LLC, owned, operated, managed, and/or maintained a retail store premises located at 12945 Atlantic Boulevard, in Jacksonville, Duval County, Florida 32225.

4. At all times material, Plaintiff was a business invitee at Defendant's retail store premises.

5. On or about May 19, 2022, as Plaintiff was waiting in the customer service line within Defendant's retail store premises, Defendant's employee, acting within the course and scope of their employment, crashed into Plaintiff with a dolly, causing injury to Plaintiff.

**COUNT I: NEGLIGENCE**

Plaintiff re-alleges and incorporates paragraphs one (1) through five (5) of the Complaint and further alleges:

6. At all times material, the above-described incident was reasonably foreseeable and the risk of such an incident to Plaintiff was known or should have been known to Defendant and its employees/agents.

7. At all times material, Defendant had a duty to Plaintiff, and all others similarly situated, to use reasonable care in the operation of its duties.

8. On or about May 19, 2022, Defendant breached its duty to Plaintiff by failing to use due care when using a dolly within the store premises and, as a result, subsequently struck Plaintiff with said dolly.

9. As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, ELEANOR SMITH, demands judgment for damages against Defendant, LOWE'S HOME CENTERS, LLC, and demands a jury trial.

**COUNT II: VICARIOUS LIABILITY FOR EMPLOYEE NEGLIGENCE**

Plaintiff re-alleges and incorporates paragraphs one (1) through five (5) of the Complaint and further alleges:

10. At all times material, Plaintiff was injured by an actual or apparent employee of Defendant.

11. At all times material, the employee was acting within the course and scope of their employment when said employee failed to use due care when using a dolly within the store premises and, as a result, subsequently struck Plaintiff with said dolly.

12. At all times material, the employee was acting, at least in part, to serve the interest of Defendant.

13. At all times material, Defendant was vicariously liable for the negligence of its employee's acting within the scope of their employment relationship with Defendant.

14. As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money.  The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, ELEANOR SMITH, demands judgment for damages against Defendant, LOWE'S HOME CENTERS, LLC, and demands a jury trial.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial for all issues to triable.

### DESIGNATION OF EMAIL ADDRESSES PURSUANT TO RULE 2.516

Pursuant to Fla.R.Civ.P. 2.516 (effective September 1, 2012), Kevin B. Taylor, attorney for Plaintiff, designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address:        KTaylor@NRHNLaw.com
Secondary email addresses:    KNowicki@NRHNLaw.com

**LAW OFFICE OF NOONEY, ROBERTS, HEWETT & NOWICKI**

/s/ *Kevin B. Taylor*

**Kevin B. Taylor, Esq.**
Florida Bar No. 1015569
Ktaylor@nrhnlaw.com
**Kristopher M. Nowicki, Esq.**
Florida Bar No. 89175
Knowicki@nrhnlaw.com
1680 Emerson Street
Jacksonville, FL  32207
Telephone: (904) 309-8616
Facsimile: (904) 858-9943